## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

HUSSEY COPPER, LTD. AND STATE
WORKERS' INSURANCE FUND

             v.

WORKERS' COMPENSATION APPEAL
BOARD (CHILES)

PETITION OF:  HUSSEY COPPER, LTD.

:   No. 79 WAL 2017
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.